**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


RIGOBERTO FERRERA,

      Petitioner,

v.                                 CASE NO.  4:18cv144-RH/CAS

JEFF SESSIONS et al.,

      Respondent.

_____/


**ORDER DISMISSING THE PETITION**


      This case is before the court on the magistrate judge's report and

recommendation, ECF No. 8. No objections have been filed. Upon consideration,

      IT IS ORDERED:

      The report and recommendation is accepted and adopted as the court's

opinion. The clerk must enter judgment stating, "The petition is dismissed as

moot." The clerk must close the file.

      SO ORDERED on July 9, 2018.

                          s/Robert L. Hinkle_____
                          United States District Judge